# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **OLIVER LEE** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| | : | |
| **DET McGINLEY and JOSH SHAPIRO,** | : | |
| The Attorney General of the | : | |
| State of Pennsylvania | : | **NO. 19-1352** |

## ORDER

**NOW**, this 27th day of July, 2020, upon consideration of the petition for writ of habeas corpus (Document No. 1), the respondents' response, and the Report and Recommendation filed by United States Magistrate Judge David R. Strawbridge (Document No. 24), and no objections to the Report and Recommendation having been filed, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The Report and Recommendation of Magistrate Judge David R. Strawbridge is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of *Habeas Corpus* is **DENIED**; and,

3. There is no probable cause to issue a certificate of appealability.

/s/TIMOTHY J. SAVAGE